**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2022
```

By ECF

5/9/2022

Aric H. Wu
Tel: (212) 479-6000
Email: ahwu@cooley.com

Peter M. Adams
Tel: (858) 550-6000
Email: padams@cooley.com

Thomas J. McKenna
Gregory M. Egleston
Tel: (212) 983-1300
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

May 5, 2022

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Ross v. Bhatraju et al.*, Case No. 1:22-cv-02037-VEC

Dear Judge Caproni:

We represent the Parties in the above-captioned derivative claim.  A substantially similar consolidated putative class action, alleging violations of the federal securities laws against AppHarvest and certain of the Company's officers, is pending in the Southern District of New York: *In re AppHarvest Securities Litigation*, Case No. 21-cv-07985.[1]  AppHarvest and certain of the Company's officers moved to dismiss the class action on May 2, 2022.

To promote efficiency, the Parties have agreed to stay the derivative claim (*Ross v. Bhatraju et al.*, Case No. 1:22-cv-02037-VEC) until the motion to dismiss the class action is resolved. Accordingly, the Parties attach to this letter a Stipulation and [Proposed] Order Temporarily Staying Action.

On March 17, 2022, this Court issued a Notice of Pretrial Conference (Dkt. No. 3) scheduling a Rule 16 Initial Pretrial Conference on May 13, 2022 at 2:30 p.m. by teleconference.  In light of the Stipulation, the Parties believe this conference is unnecessary and request that it be postponed until the temporary stay in this case is lifted.

---

[1] Plaintiff Michael Ross stated in his Civil Cover Sheet (Dkt. No. 2) that his derivative claim was related to the consolidated putative class action.

| | |
|---|---|
| Dated: May 5, 2022 | **COOLEY LLP**<br><br>By: */s/ Aric H. Wu*<br>    Aric H. Wu<br>55 Hudson Yards<br>New York, NY 10001<br>(212) 479-6000<br>ahwu@cooley.com<br><br>Peter M. Adams<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>(858) 550-6008<br>padams@cooley.com |
| Dated: May 5, 2022 | **GAINEY MCKENNA & EGLESTON**<br><br>By: */s/ Thomas J. McKenna*<br>    Thomas J. McKenna<br>Gregory M. Egleston<br>501 Fifth Avenue, 19th Floor<br>New York, NY 10017<br>(212) 983-1300<br>tjmckenna@gme-law.com<br>gegleston@gme-law.com |

cc: All counsel of record (by ECF)

---

Application GRANTED. The initial pretrial conference scheduled for May 13, 2022, is CANCELLED. The Court will enter the parties' proposed stipulation and order to stay this case by separate order.

The Clerk of Court is respectfully directed to terminate the open motion at docket entry 16.

SO ORDERED.

*[Signature]*                                   Date: 5/9/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE