USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
MICHAEL ROSS, Derivatively on Behalf of :
Nominal Defendant APPHARVEST, INC., :
                                                        Plaintiff, :
              -against- :      22-CV-2037 (VEC)
                                                                      22-CV-5031(VEC)
KIRAN BHATRAJU, CIARA BURNHAM, :      ORDER
GREGORY COUCH, ANNA MASON, MARTHA :
STEWART, R. GEOF ROCHESTER, JEFFREY :
UBBEN, JONATHAN WEBB, DAVID LEE, and :
LOREN EGGLETON, :
                                                    Defendants. :
------------------------------------------------------------- X

------------------------------------------------------------- X
ZACH WESTER, Derivatively on Behalf of :
Nominal Defendant APPHARVEST, INC., :
                                                       Plaintiff, :
              -against- :
KIRAN BHATRAJU, CIARA BURNHAM, :
GREGORY COUCH, ANNA MASON, :
MARTHA STEWART, R. GEOF ROCHESTER, :
JEFFREY UBBEN, ROBERT J. LAIKIN, :
JONATHAN WEBB, DAVID LEE, and LOREN :
EGGLETON, :
                                                  Defendants, :
and, :
APPHARVEST, INC., :
                                 Nominal Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 22, 2022, the Court granted Plaintiffs' request to consolidate Case Nos. 22-CV-2037 and 22-CV-5031 pursuant to Fed. R. Civ. P. 42(a)(2), Dkt. 26;

WHEREAS the Court stayed both cases pending a decision on the motion to dismiss in the related action of 21-CV-7985, *Ragan v. AppHarvest, Inc. et al.* ("*Ragan*");

WHEREAS on July 31, 2023, Defendants' motion to dismiss in *Ragan* was granted in part and denied in part, *see* Dkt. 97 in 21-CV-7985; and

WHEREAS on August 2, 2023, the nominal Defendant, AppHarvest, Inc., filed a Notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings, indicating that it filed a voluntary petition under Chapter 11, *see* Dkt. 29.

IT IS HEREBY ORDERED that the case against Defendant Appharvest, Inc., shall remain STAYED.

IT IS FURTHER ORDERED that by no later than **September 1, 2023**, Plaintiffs and the remaining Defendants must submit a joint letter proposing next steps.

**SO ORDERED.**

**Date:  August 23, 2023**
**New York, New York**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**